JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DADA HOSPITALITY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO et al.,<br><br>    Defendants. | Case No. 5:23-cv-01580-SB-SP<br><br>ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

    Plaintiff filed this action on August 7, 2023.  Dkt. No. 1.  Plaintiff has not shown that it served Defendants within 90 days as required by Rule 4(m) of the Federal Rules of Civil Procedure.  On November 14, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution, warning Plaintiff that failure to respond by November 21 would be construed as consent to dismissal.  Dkt. No. 10.  Plaintiff failed to respond.  Accordingly, the Court dismisses the action in its entirety without prejudice.

Date: November 27, 2023

                                        Stanley Blumenfeld, Jr.
                                      United States District Judge